**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HUMAN RIGHTS DEFENSE CENTER,
a not-for-profit corporation :
:
V. :
LANCASTER COUNTY, PENNSYLVANIA; CHERYL STEBERGER, Warden, individually and in her official capacity; MIGUEL CASTRO, Deputy Warden of Operations, individually and in his official capacity; and JOHN AND JANE DOES 1-5, Staff, individually and in their official capacities :
:

Civil Action
No: 5:26-cv-07738-JFL

DISCLOSURE STATEMENT FORM

Please check one box:

☑ The nongovernmental corporate party, HUMAN RIGHTS DEFENSE CENTER, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, ____________________, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

____________________
____________________
____________________
____________________

10/09/2026 [signature]
Date Signature

Counsel for: Human Rights Defense Center

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.