**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, a not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANCASTER COUNTY, PENNSYLVANIA; CHERYL STEBERGER, Warden, individually and in her official capacity; MIGUEL CASTRO, Deputy Warden of Operations, individually and in his official capacity; and JOHN AND JANE DOES 1-5, Staff, individually and in their official capacities,<br><br>Defendants. | Case No. 5:26-cv-07738-JFL<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Human Rights Defense Center ("HRDC" or "Plaintiff") moves for a preliminary injunction under Federal Rule of Civil Procedure 65 and the associated Local Rules and guidelines, to enjoin Lancaster County, Pennsylvania; Warden, Cheryl Steberger; and Deputy Warden of Operations, Miguel Castro (collectively, the "Defendants") from unconstitutionally censoring HRDC's publications sent to prisoners at the Lancaster County Prison (the "Prison"). Further, the Court should order Defendants to provide Constitutionally required due process notice when rejecting publications sent to prisoners at the Prison. Consistent with the Court's Initial Procedural Order, the parties met and conferred about the relief sought in this Motion on October 15 and in multiple follow up calls and emails but were unable to resolve the issue.

Dated: November 4, 2026

STAPLETON SEGAL COCHRAN LLC

By: */s/ Jonathan L. Cochran*
Jonathan L. Cochran (PA ID 314382)

John S. Stapleton (PA ID 200872)
1760 Market St., Suite 403
Philadelphia, PA 19103
Telephone: (215) 561-1500
jcochran@stapletonsegal.com
jstapleton@stapletonsegal.com

Jonathan Picard, admitted PHV
Florida Bar No.: 105477
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (561) 360-2523
jpicard@humanrightsdefensecenter.org

*Attorneys for Human Rights Defense Center*