**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, a not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANCASTER COUNTY, PENNSYLVANIA; CHERYL STEBERGER, Warden, individually and in her official capacity; MIGUEL CASTRO, Deputy Warden of Operations, individually and in his official capacity; and JOHN AND JANE DOES 1-5, Staff, individually and in their official capacities,<br><br>Defendants. | Case No. 5:26-cv-07738-JFL |

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK OF COURT**:

Please enter the appearance of John T. Stinson of Stapleton Segal Cochran LLC as counsel for Plaintiff Human Rights Defense Center in the above-captioned litigation.

**STAPLETON SEGAL COCHRAN LLC**

November 20, 2026

By: /s/ *John T. Stinson*

John Stinson (PA ID 208709)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.561.1500
jstinson@stapletonsegal.com

*Attorneys for Plaintiff Human Rights Defense Center*