**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>LANCASTER COUNTY, WARDEN CHERYL STEBERGER, DEPUTY WARDEN MIGUEL CASTRO, and JOHN AND JANE DOES 1-5,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO.: 5:26-cv-07738 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Herman L. Quilloin III, Esquire of MacMain Leinhauser PC as counsel on behalf of Defendants, Lancaster County, Warden Cheryl Steberger, and Deputy Warden Miguel Castro in the above-captioned matter.

**MacMAIN LEINHAUSER PC**

Date: November 20, 2026

By: */s/ Herman L. Quilloin III*

Herman L. Quilloin III
PA Attorney I.D. No. 94934
433 W. Market Street, Suite 200
West Chester, PA 19382
484-318-7106
hquilloin@macmainlaw.com
*Attorney for Defendants, Lancaster County, Warden Cheryl Steberger, and Deputy Warden Miguel Castro*

**CERTIFICATE OF SERVICE**

I, Herman L. Quilloin III, Esquire, hereby certify that on this 20th day of November 2026, a copy of the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania. All counsel of record received electronic notice.

**MacMAIN LEINHAUSER PC**

By: */s/ Herman L. Quilloin III*
Herman L. Quilloin III
PA Attorney I.D. No. 94934
433 W. Market Street, Suite 200
West Chester, PA 19382
484-318-7106
hquilloin@macmainlaw.com
*Attorney for Defendants, Lancaster County, Warden Cheryl Steberger, and Deputy Warden Miguel Castro*